IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JOYCE MORGAN, :<br>    Plaintiff, :<br>:<br>v. :<br>:<br>EVEREST RECEIVABLE SERVICES, :<br>INC., d/b/a ERS Group, a Delaware :<br>corporation, :<br>    Defendant. :<br>_____ : | CIVIL ACTION FILE<br><br>No. <u>2:12-cv-00117-WCO</u> |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

        Respectfully submitted,

    by:   <u>/ s/ James M. Feagle</u>
        James M. Feagle
        Georgia Bar No. 256916

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue ● Suite 204
Decatur, GA 30030
(404) 373-1970 ● fax: (404) 601-1855